IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES CHARLES HARRIS,
    Petitioner,

vs.                                               CASE NO. 4:06cv402-SPM/WCS

JAMES McDONOUGH,
    Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated November 13, 2006 (doc. 16). Petitioner has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 16) is adopted and incorporated by reference in this order.

2.     Petitioner's § 2241 petition is summarily dismissed as an attempt to file an unauthorized second or successive § 2254 petition.

DONE AND ORDERED this 20th day of December, 2006.

                                           *s/ Stephan P. Mickle*
                                           Stephan P. Mickle
                                           United States District Judge